# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 5, 2022

Lyle W. Cayce
Clerk

No. 21-10080
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANTHONY STEVEN AGUILAR,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-195-5

Before KING, COSTA, and HO, *Circuit Judges*.

PER CURIAM:*

Anthony Steven Aguilar, federal prisoner # 33985-177, appeals the denial of his pro se motion for compassionate release under the First Step Act. *See* 18 U.S.C. § 3582(c)(1)(A). The district court denied the motion without the benefit of intervening Fifth Circuit authority. Therefore, we

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-10080

VACATE the district court's judgment and REMAND for further consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021).